IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELICIA MARTIN**<br>Plaintiff<br><br>Vs.<br><br>DISTRICT OF COLUMBIA, et al<br>Defendant | *<br>*<br>*    Civil Case No.: 1:11-cv-01069-ABJ<br>*    Judge Amy Berman Jackson<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE- CHARLES BRODSKY

Jacqueline Dantzler, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) and am not a party to this action and reside in, Bowie, Maryland.

2. On the 14th day of June, 2011, at approximately __10:13____ a.m., I personally served the Defendant Charles Brodsky, at Superior Court, 500 Indiana Ave., N.W., Courtroom C10, Washington, D.C. 20001, a copy of the following Documents:

**SUMMONS- PROFESSIONAL CAPACITY
COMPLAINT AND JURY TRIAL PRAYER
CIVIL COVERSHEET,** *and Exhibits A & B*

3. Mr. Brodsky's description is:

Color: **White**  Sex: **Male**  Age **44-47 (Estimated)**

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct.

Respectfully Submitted,

*Jacqueline Dantzler*
Jacqueline Dantzler
13017 MidSummer Lane
Bowie, Maryland 20715
410-533-5548

Cost for Service:            $0.00