

LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC
"BEGAN WITH BELIEVING YOU WILL SUCCEED"

**JESSIE LYONS CRAWFORD, ESQ**

October 2, 2012

**VIA ELECTRONIC FILING**
Judge Rudolph Contreras
United States District Court for The District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

      Re:    *Case: Felicia Martin vs. DC Government, et al*
               *Case No.: 11-Cv-1069 ABJ*
               **Conference Requesting**

Your Honor:

    I am Counsel to the Plaintiff Felicia Martin and requesting a referral to a Magistrate Judge to discuss the following topics:

    **a. The Defendants' Counsel uncivil behavior towards the undersigned;**

    **b. The Defendants' Counsel failure to cooperate in the scheduling of Depositions;**

    **c. The Defendants' Counsel consistent dilatory behavior;**

    **d. The necessity of setting certain parameters for the conduct of depositions.**

    In support of the undersigned's efforts to resolve this dispute, please find correspondence addressing the same.

    Thank you for your time and consideration.

                                  Very truly yours,

                                  Jessie Lyons Crawford, Esq.

**JLC/DP**
cc:
George Rose, Esquire      *Via Electronic Notice*
Denise Baker, Esquire      *Via Electronic Notice*
Patricia Donkor, Esquire    *Via Electronic Notice*
Felicia Martin