

# LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC
"BEGAN WITH BELIEVING YOU WILL SUCCEED"

**JESSIE LYONS CRAWFORD, ESQ**

September 21, 2012

**VIA FACSIMILE: 202-741-8800**
Denise J. Baker
Asistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001

And

**VIA FACSIMILE: 202-741-0569**
Patricia B. Donkor
Assistant Attorney General
441 Fourth Street, N.W.
6th Floor
Washington, D.C. 20001

    Re:   *Case:  Felicia Martin vs. DC Government, et al*
            *Case No.: 11-Cv-1069 ABJ*
            **This is our Good Faith Attempt to Resolve a Discovery Dispute in securing deposition of your client.**

Dear Counsel:

    The purpose of this letter is to confirm our telephone conversation today at 9:55 this morning wherein we discussed you providing deposition dates for your client as per my previous conversation with you on September 18, 2012, and my subsequent correspondence confirming the same.

    This morning I inquired if you would have the dates and you stated that Patricia Donkor was getting the dates together and that you have not heard from her. I reminded you that I would be filing my Notice of Depositions at noon today whether or not you have your dates. I will use the dates that you and I discussed previously.

    I wish to reiterate that the discovery deadline is fast approaching and will expire December 14, 2012. My client wishes to obtain the depositions of the people noted in my my September 18, 2012, correspondence. I also reiterated to you that we need to get the depositions done to afford my client an opportunity to seek additional depositions or documents based on the depositions of the persons noted. In our previous conversation on September 18, 2012, you stated that you wanted to start depositions in November. Please be advised that we vehemently oppose such a request. It is our objective to work with you as much as possible and ask you and your co-counsel to do the same. It is of the utmost importance to my client that we move this litigation forward.

Denise Baker, Esquire
Patricia B. Donkor, Esquire
**Page 2**

    Today at noon if you or your co-counsel have not provided the dates, I will be forced in order to protect my client's interest, to schedule depositions in accordance with the dates that you and I discussed on September 18, 2012.

    If you find that a date or time must be changed we are amenable to consider any reasonable request, however we will not consent to any dates in November as you have previously suggested.

    I trust that the foregoing is consistent with your understanding and agreement. Thank you for your cooperation in this matter. Waiting your response, I am:

    Very truly yours,

Jessie Lyons Crawford, Esq.

**JLC/DP**

cc:
George Rose, Esq
Felicia Martin