Sep 21, 2012 12:46:38 PM, denise.baker@dc.gov wrote:

**So I guess that Patricia's response to you less than 20 minutes after your testy fax/email is insufficient to placate your inquiry or the harshness of your tone related to scheduling ?   At 10:49 am today Patricia responded to you with deposition dates (See below—in fact put on your glasses.)   Nevertheless you continue this inflammatory diatribe.**


Apology accepted.


*Denise J. Baker*

202-724-7334 (telephone)

202-741-8800 (fax)

denise.baker@dc.gov



**Confidentiality Notice** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.


**From:** Jessie Lyons Craword [mailto:attorneyjlcrawford@verizon.net]
**Sent:** Friday, September 21, 2012 1:40 PM
**To:** Baker, Denise (OAG)
**Cc:** grose@roselawfirm.net; Donkor, Patricia (OAG)
**Subject:** Re: RE: MARTIN v DC ETAL


I take offense to your comments.  You should know that this type of petty litigation is counter

productive.  My goal is to secure depositions of your clients and nothing more.  Your message is devoid of any resolution of this discovery dispute.

It is my understanding that a D.C. Federal Judge or a Baltimore Federal Judge will follow  the rules and if the Judge find thay you do not have to present your client for deposition, then I will oblige the Judge.  Otherwise, I will expect you to be civil and present your client for a deposition.

Finally, the deposition process is a part of discovery.  Your delay by preventing us from scheduling a desposition for the Defendants who are your clients is hindering the discovery process.  This is counter productive to the rules governing discovery.

If my letter appeared testy to you, then I sincerely apologize.  My only goal is to strongly encourage to provide dates in order that we may develop our case.  As you have again failed to do, we will send Notices of reflecting dates that you have advised in which you will be available.

Thank you.

Sep 21, 2012 09:57:00 AM, denise.baker@dc.gov wrote:

**I received your fax.  It was unnecessarily testy, <u>as usual from a Baltimore attorney.</u>  Please refrain from threats.  I <u>do not believe that the D.C. federal judge will abide such contention</u> were your fax be attached to a filing.**

*Denise J. Baker*

202-724-7334 (telephone)

202-741-8800 (fax)

denise.baker@dc.gov

**Confidentiality Notice** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Donkor, Patricia (OAG)
**Sent:** Friday, September 21, 2012 10:49 AM
**To:** Jessie Lyons Crawford; Baker, Denise (OAG)
**Cc:** grose@roselawfirm.net
**Subject:** RE: MARTIN v DC ETAL

Good Morning:

We are still awaiting a revised 30(b)(6) notice.  Please try to get it to us by COB today.  We are available on October 9 and October 10 for the 30(b)(6) depositions.

Patricia B. Donkor

Assistant Attorney General, Civil Litigation Division, III

Office of the Attorney General for the District of Columbia

441 4th, NW, Suite 870 North

Washington, DC 20001

202-727-9624 (phone)

202-741-0569 (fax)

Confidentiality Notice

Information contained in this e-mail transmission may be privileged, confidential, and/or covered by the Electronic Communications Privacy Act.  If you are not the intended  recipient, please do not read, distribute, or reproduce this transmission.  Please notify the sender immediately of the error by return e-mail and delete the e-mail from your system.

**From:** Jessie Lyons Crawford [mailto:attorneyjlcrawford@verizon.net]
**Sent:** Tuesday, September 18, 2012 5:32 PM
**To:** Baker, Denise (OAG)
**Cc:** grose@roselawfirm.net; Donkor, Patricia (OAG)
**Subject:** FW: MARTIN v DC ETAL

Kindly send a copy of all correspondence to my co-counsel, Mr. George Rose.  Thank you.

**From:** Jessie Lyons Crawford [mailto:attorneyjlcrawford@verizon.net]
**Sent:** Tuesday, September 18, 2012 5:18 PM
**To:** 'Baker, Denise (OAG)'
**Subject:** RE: MARTIN v DC ETAL

Thank you for the information.  Correct me is necessary.  You have entered your appearance behalf of Brodsky and Delaney.

**From:** Baker, Denise (OAG) [mailto:denise.baker@dc.gov]
**Sent:** Tuesday, September 18, 2012 4:13 PM
**To:** Baker, Denise (OAG); 'attorneyjlcrawford@verizon.net'
**Cc:** Donkor, Patricia (OAG); Gboyor, Bobby (OAG)
**Subject:** MARTIN v DC ETAL

If you have not been notified as yet, neither Brodsky nor Delaney work for the District.

*Denise J. Baker*

202-724-7334 (telephone)

202-741-8800 (fax)

denise.baker@dc.gov

**Confidentiality Notice** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Plan TODAY for what's on the way.  September is National Emergency Preparedness Month.  To learn how to prepare & to sign up for critical emergency alerts, go to www.72hours.dc.gov.

**From:** Baker, Denise (OAG)
**Sent:** Tuesday, September 18, 2012 4:01 PM
**To:** 'attorneyjlcrawford@verizon.net'
**Subject:** test balloon

Testing whether I correctly transcribed you email address.

*Denise J. Baker*

Assistant Attorney General

D.C. Office of the Attorney General

441 4th Street, NW, 6th floor

202-724-7334 (telephone)

202-741-8800 (fax)

denise.baker@dc.gov

**Confidentiality Notice** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.