**From:** Jessie Lyons Crawford [mailto:attorneyjlcrawford@verizon.net]
**Sent:** Tuesday, October 02, 2012 2:56 PM
**To:** 'Baker, Denise (OAG)'
**Cc:** 'George A Rose, ESQ'; 'Donkor, Patricia (OAG)'
**Subject:** RE: Felicia Martin

I stand by the statements made in my letters and believe they truthfully characterizes my conversations with you and Ms. Donkor, as well as my review of the file. As you have requested, all communication will continue to be in writing to you, although you are invited to call us as you see appropriate. Thank you.

Turning to the matter of the depositions scheduled for next week, it is my understanding that you cancelled the meeting this week. Your record will reflect that we requested your written objections before the 30 (B) (6) depositions based on the current notice for Defendant DC. The meeting was to attempt to resolve any disputes that are possible. Based on your representations, Ms. Donkor is handling the 30(B)(6) depositions. My questions are as follows:

1. You advised last week in our telephone conversation and in writing that you unilaterally cancelled the meeting of counsel concerning the 30(B)(6) depositions. Based on your representations, I assumed you were acting for both you and Ms. Donkor. If not, Ms. Donkor, (copied in this email) please be advised that we remain interested in speaking with you concerning your objections. Please call me or email me to let us know if you will send the objections and allow a meeting of counsel so that we can attempt to resolve some of those objections.
2. You advised in our conversation last week that you were cancelling the depositions in October which have been duly noted and are based on dates you and Ms. Donkor provided. I have informed you that we are not cancelling the depositions and intend to move forward. Although we have requested you to do so, you have not confirmed dates for November. We have requested a conference with the Judge to resolve some of these discovery issue.
3. Finally, I have reviewed both Notice of Appearance and Answer which so not indicate that both of you will act independent of the other. Thank you for that clarification.

Thank you.

**From:** Baker, Denise (OAG) [mailto:denise.baker@dc.gov]
**Sent:** Tuesday, October 02, 2012 10:35 AM
**To:** attorneyjlcrawford@verizon.net
**Cc:** 'George A Rose, ESQ'; Donkor, Patricia (OAG)
**Subject:** felicia martin

Ms. Crawford,

Correspondence solely related to the individual defendants (not the government itself) and/or me must be in writing in the future. Telephone communication is unacceptable from this point forward on claims related to individual defendants, which is the portion of the case for which I am responsible.

I am in receipt of several correspondence in which you recharacterize and mischaracterize the content and context of the conversation. As such, please refrain from communicating with me by way of telephone.

So that you are aware, I state again that Patricia represents the District government. I handle the claims against the individuals working for D.C. government or who used to work for D.C. government.

*Denise J. Baker*
Assistant Attorney General
D.C. Office of the Attorney General
441 4th Street, NW, 6th floor
202-724-7334 (telephone)
202-741-8800 (fax)
denise.baker@dc.gov

**Confidentiality Notice** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Plan TODAY for what's on the way. September is National Emergency Preparedness Month. To learn how to prepare & to sign up for critical emergency alerts, go to www.72hours.dc.gov.