

LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC
"BEGAN WITH BELIEVING YOU WILL SUCCEED"

**JESSIE LYONS CRAWFORD, ESQ**

September 26, 2012

**FIRST CLASS MAIL AND**
**VIA FACSIMILE: 202-741-8800**
Denise J. Baker
Asistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001

And

**FIRST CLASS MAIL AND**
**VIA FACSIMILE: 202-741-0569**
Patricia B. Donkor
Assistant Attorney General
441 Fourth Street, N.W.
6th Floor
Washington, D.C. 20001

   Re: *Case:  Felicia Martin vs. DC Government, et al*
      *Case No.: 11-Cv-1069 ABJ*
      **Deposition Requesting**

Dear Counsel:

We would like to depose the following fact witnesses on the dates listed below:

| DATES | TIMES | LOCATION* | DEPONENT |
|---|---|---|---|
| 11-5-2012 | 10:00 A.M. | DC OAG | **Camille Robinson** |
| 11-5-2012 | 2:30 P.M. | DC OAG | **Laverne Fletcher** |
| 11-8-2012 | 10:00 A.M. | DC OAG | **Jacqueline Richardson** |
| 11-8-2012 | 2:00 P.M. | DC OAG | **Earl Jones** |
| 11-9-2012 | 10:00 A.M. | DC OAG | **Vincent Parker** |
| 11-9-2012 | 12:30 P.M. | DC OAG | **Erin Mathieson** |
| 11-15-2012 | 10:00 A.M. | DC OAG | **David Carter** |
| 11-15-2012 | 2:00 P.M. | DC OAG | **Tyrone Lawson** |
| 11-16-2012 | 10:30 A.M. | DC OAG | **Abyie Ghenene** |
| 11-16-2012 | 2:30 P.M. | DC OAG | **Steven Allen** |
| 11-14-2012 | 11:00 A.M. | DC OAG | **Mariane Rai Howell** |

*Contingent if Depositons Occur in the Month of November 2012

Denise Baker, Esquire
Patricia B. Donkor, Esquire
**Page 2**

      Please review the above-referenced dates and confirm your availabilty. Please confirm no later than October 2, 2012, if the dates work for you. If we do not hear you by this time we will note the depositions forthwith.

      I trust that the foregoing is consistent with your understanding and agreement.Thank you for your cooperation in this matter. Waiting your response, I am:

      Very truly yours,

      Jessie Lyons Crawford, Esq.

**JLC/DP**
cc:
George Rose, Esq
Felicia Martin