

## LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC
"BEGAN WITH BELIEVING YOU WILL SUCCEED"

**JESSIE LYONS CRAWFORD, ESQ**

September 21, 2012

**FIRST CLASS MAIL AND**
**VIA FACSIMILE: 202-741-8800**
Denise J. Baker
Asistant Attorney General
441 Fourth Street, N.W., 6th Floor
Washington, D.C. 20001

And

**FIRST CLASS MAIL AND**
**VIA FACSIMILE: 202-741-0569**
Patricia B. Donkor
Assistant Attorney General
441 Fourth Street, N.W.
6th Floor
Washington, D.C. 20001

      Re:    *Case:  Felicia Martin vs. DC Government, et al*
               *Case No.: 11-Cv-1069 ABJ*
               **Deposition Notices.**

Dear Counsel:

    Enclosed, please find Notices of Depositions in the above-referenced matter.

    I trust that the foregoing is consistent with your understanding and agreement.Thank you for your cooperation in this matter. Waiting your response, I am:

        Very truly yours,

        Jessie Lyons Crawford, Esq.

**JLC/DP**
cc:
George Rose, Esq
Felicia Martin

Enclosures

2601 MARYLAND AVENUE | BALTIMORE, MARYLAND | 21218
OFFICE: 410-662-1230  FACSIMILE: 410-662-1238
EMAIL: ATTORNEYJLCRAWFORD@VERIZON.NET