IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | * | |
| FELICIA MARTIN | | |
|     Plaintiff | * | Case No  **11-CV-1069 ABJ** |
| Vs. | * | |
| DISTRICT OF COLUMBIA, et al | * | |
|     Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## EXPEDITED MOTION REQUESTING REFERRAL TO A MAGISTRATE JUDGE FOR DISCOVERY RELATED ISSUES AND OTHER MATTERS

NOW COMES, Felicia Martin "Plaintiff", by her undersigned Counsel and request a referral to a Magistrate Judge to resolve discovery related issues with the Defendants' and for reasons state:

1.      On March 15, 2012, this Court entered a Scheduling Order setting certain deadlines in this litigation, including discovery. The Scheduling Order provided that discovery would be completed no later than December 14, 2012.

2.      Since the entering of the Scheduling Order, Defendants' Counsel have impeded and frustrated the discovery process in this case. ***See Exhibits***

3.      Moreover, Defendants' Counsel Denise Baker have acted in a discourteous and uncivil manner toward the undersigned in her written correspondence as well as verbally**. *See Exhibits***

4.      Additionally, depositions are scheduled to begin on October 9, 2012. Plaintiff believes that in light of defense counsel's behavior, that the Court should enter an Order regarding the conduct during the depositions mainly, civility, speaking objections and disputes On September 27, 2012, the undersigned Counsel spoke telephonically with Defense Counsel, and it was at that time that Defense Counsel refused to agree to certain parameters during the deposition.

Law Office Of

**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue Baltimore, MD 21218 Tel: (410) 662-1230 Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

5.      The parties are at a stalemate with regard to scheduling depositions and therefore request the Court's intervention.

6.      It is in the interest of judicial economy that the Motion be granted.

7.      Plaintiff also incorporates the foregoing attached _exhibits_ herein to demonstrate her attempt to resolve the dispute prior to involving the Court.

WHEREFORE, Plaintiff respectfully request that this matter be forwarded to a Magistrate Judge to resolve the ongoing dispute.

Respectfully Submitted,

LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

_____
Jessie Lyons Crawford, Esq.
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230, Office
(410) 662-1238, Facsimile
attorneyjlcrawford@verizon.net

**PRO-HAC-VICE**
CO-COUNSEL TO PLAINTIFF

Law Office Of

**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel:  (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

2

### LOCAL RULE MEET AND CONFER

On October 2, 2012, Plaintiff informed Defendants' Counsel that she intended to file a request to meet with the judge. The Defendants' Counsel did not respond. However, in prior correspondence, Defendants' Counsel expressed in interest in speaking with the Judge, and the undersigned agreed. (See Exhibits)

_____
Jessie Crawford

Law Office Of

**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| | * |
| FELICIA MARTIN | |
|     Plaintiff | * |
| |     Case No **11-CV-1069 ABJ** |
| Vs. | * |
| | |
| DISTRICT OF COLUMBIA, et al | * |
|     Defendant | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE

**I HEREBY CERTIFY THAT** on this  3rd  Day of  October  2012, Motion for Referral to Magistrate Judge was emailed to:

Denise Baker, Esquire
Patricia B Donkor, Esquire
***Counsel for Defendants'***


_____
JESSIE LYONS CRAWFORD, ESQ.


Law Office Of

**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel:  (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net