# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICIA MARTIN,<br><br>        Plaintiff,<br><br>        v.<br><br>DISTRICT OF COLUMBIA et al.,<br><br>        Defendants. | Civil Action 11-1069  (RC) |

## ORDER

      Plaintiff Felicia Martin has moved to have this case referred to a magistrate judge, before whom she would request an order mandating civility in the upcoming depositions.  The District of Columbia Bar has adopted voluntary standards for civility in professional conduct.  *See* LCvR, Appx. B.  The court trusts that, in accordance with these standards, counsel will "treat all participants in the legal process . . . in a civil, professional, and courteous manner, at all times and in all communications, whether oral or written," and that counsel "will not engage in any conduct during a deposition that would not be appropriate if a judge were present."  *Id.* at Principles 1, 16.  With that expectation, the plaintiff's motion is **DENIED** without prejudice to refiling in the case of any actionable incivility, by either party, at the above-referenced depositions.

                                                                                                          Rudolph Contreras
                                                                                                          United States District Judge

Date: October 5, 2012