IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FELICIA MARTIN**  Plaintiff | *  *  Case No **11-CV-1069 ABJ** |
| Vs. | * |
| **DISTRICT OF COLUMBIA**, et al  Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **PLAINTIFF MOTION FOR ORDER SHOW CAUSE AND MOTION TO COMPEL THIRD PARTY DC OFFICE OF THE CHIEF TECHNOLOGY OFFICER (OCTO)**

Plaintiff Felicia Martin ("Martin"), pursuant to Federal Rule of Civil Procedure (FRCP) 45(c)(2)(B)(i), moves to compel non-party Office of the Chief Technology Officer ("OCTO") to respond to a Subpoena and to compel OCTO to produce all responsive documents in its possession.

1. On October 7, 2012, Plaintiff served OCTO's General Counsel and FOIA Officer with a Subpoena duces tecum to produce documents pursuant to Rule 36(b)(6). On October 16, 2012 Plaintiff serve the Subpoena via certified mail. A copy of the Subpoena and Notice, which were served on defense counsel, are attached as **Exhibit 1 herein**.

2. On April 9, 2013, Plaintiff sent OCTO General Counsel Christina Fleps, Esquire., correspondence requesting by a date certain that OCTO file a response to the Subpoena. **Exhibit 2** On April 10, 2013, Ms. Fleps responded advising that she has forwarded all subpoena's to District Counsel Denise Baker and Patricia Donkor. **Exhibit 3**

3. On April 10, 2013, the undersigned sent a response advising that OCTO is considered a third-party and must formally respond to the Subpoena. **Exhibit 4**

4. On April 11, 2013, Ms. Fleps responded again advising that she has forwarded the Subpoena to Defense Counsel. **Exhibit 5**

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net**

1

5. Ms. Fleps response do not meet the requirements of FRCP 45(d)(2)(A). This Rule requires that a 'person withholding subpoenaed information under claim that it is privileged" must "(i)expressly make the claim" and "(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

6. The Subpoena request also requested information pursuant to The District of Columbia Freedom of Information Act, or FOIA, DC Code §§ 2-531-539. The act provides that any person has the right to request access to records. All public bodies of the District government are required to disclose public records, except for those records, or portions of records, that are protected from disclosure by the exemptions found at DC Code § 2-534. A FOIA request may be made for any public record.

7. All public bodies are required to respond to a FOIA request within 15 working days (that is, excluding Saturdays, Sundays and legal public holidays). The response period begins on the date the request is actually received by the FOIA Officer of the public body that maintains the records you are requesting. Public bodies may extend the time for a response by an additional 10 working days (again, excluding Saturdays, Sundays and legal public holidays) for unusual circumstances, as defined by DC Code § 2-532 (d).

8. It has been over 180 days since OCTO was served with a lawful subpoena and FOIA request and have filed no response, nor did their alleged counsel, Denise Baker and Patricia Donkor file a response.

9. The information requested in the Subpoena is relevant to Plaintiff's case and is essential to the prosecution of this case.

10. Rule 45 of the Federal Rules of Civil Procedure provides the framework for securing from non-parties, through the use of subpoenas, documents, electronically stored information,

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD
21218**
**Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

testimony and tangible things relevant to a pending litigation. Fed. R. Civ. P. 45 (a), (b). It is well settled that the scope of a Rule 45 subpoena is informed by Rule 26, which governs civil discovery generally. E.g., <u>Coleman v. District of Columbia</u>, 275 F.R.D. 33, 36 (D.D.C. 2011); <u>Rendon Group, Inc. v. Rigsby</u>, 268 F.R.D. 124, 126 (D.D.C. 2010) ("Rule 26 of the Federal Rules of Civil Procedure defines and governs the scope of discovery for all discovery devices, and, therefore, Rule 45 must be read in light of it."). Rule 26(b)(1) provides that "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense .... " Fed. R. Civ. P. 26(b)(1). Therefore, federal courts recognize that the "scope of discovery in civil actions is broad [and the] term relevance at the discovery stage is [to be] broadly construed." <u>Convertino v. Us. Dep't of Justice</u>, 565 F. Supp. 2d 10, 12 (D.D.C. 2008). The Federal Rules also provide federal courts with the power to compel compliance with subpoenas and disclosure requests that seek relevant information. See Fed. R. Civ. P. 45(c)(2)(B)(i); Fed. R. Civ. P. 37(a)(l).

11. OCTO has not filed a response or any formal objections to the Subpoena's, thus the Court should consider that said objections have been waived and should Compel OCTO respond immediately to the Subpoena.

12. FRCP 45(c)(2)(B) allows a court to order a party to respond to a subpoena, and FRCP 45(c)(3)(A) allows a court to modify a subpoena. <u>Wiwa v. Royal Dutch Petroleum Co.,</u> 392 F.3d 812, 818 (5th Cir. 2004) (modifying a subpoena is generally preferable to quashing it). FRCP 45(c)(3)(C) further allows a court to specify conditions as an alternative, instead of modifying or quashing a subpoena.

For all of the foregoing reasons plaintiff respectfully requests that this Court compel OCTO, to comply with the Subpoenas by:

(1) producing all responsive, non-privileged documents, (2) providing a privilege log, as required by Rule 45, identifying each document withheld on the basis of attorney-client privilege,

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

3

attorney work product doctrine or any other claim of privilege, (3)and for such other and further relief as may deemed just and proper.

                Respectfully Submitted,

                LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

                */s/ Jessie Lyons Crawford*
                _____
                Jessie Lyons Crawford, Esq.
                2601 Maryland Avenue
                Baltimore, Maryland 21218
                (410) 662-1230, Office
                (410) 662-1238, Facsimile
                attorneyjlcrawford@verizon.net

                ***PRO-HAC-VICE***
                CO-COUNSEL TO PLAINTIFF

Law Office Of



**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **FELICIA MARTIN** | * |
| Plaintiff | * |
|   | Case No **11-CV-1069 ABJ** |
| Vs. | * |
| **DISTRICT OF COLUMBIA**, et al | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE**

**I HEREBY CERTIFY THAT** on this __14th__ Day of __April__ 2013, Request to Compel Compliance with Subpoena was mailed first class mail postage prepaid to:

Denise Baker, Esquire
Patricia B Donkor, Esquire
*Counsel for Defendants'*
*Via Electronic Notice*


Christina Fleps, Esquire
Office of the Chief Technology Officer
200 I Street, SE
Washington , DC 20003
*General Counsel for OCTO*

_____
JESSIE LYONS CRAWFORD, ESQ.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FELICIA MARTIN** | * |
| Plaintiff | * |
|  | Case No **11-CV-1069 ABJ** |
| Vs. | * |
| **DISTRICT OF COLUMBIA**, et al | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER COMPELLING OFFICE OF THE CHIEF TECHNOLOGY OFFICER TO RESPOND TO PLAINTIFF'S SUBPOENA

**WHEREAS**, plaintiff Felicia Martin issued subpoenas duces tecum a dated October 7, 2012 (the "Subpoenas"), to Office of Chief Technology Officer (collectively, the "Witnesses"); and WHEREAS, the Witnesses' have not complied with the Subpoenas; and WHEREAS, plaintiff Felicia Martin, through her counsel George Rose and Jessie Lyons Crawford, has moved by motion, dated April 14, 2013, for an order compelling the Witnesses' compliance with the Subpoenas;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** non-parties Office of Chief Technology Officer are required to comply with the Subpoenas by (1) producing all responsive, non-privileged documents on or before _____ , (2) providing a privilege log, in conformity with the requirements set forth in Rule 45 of the Federal Rules of Civil Procedure, on or before _____ ,

_____
**JUDGE-U.S. DISTRICT COURT OF DC**

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**
2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net