IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

                                              *

**FELICIA MARTIN**
        Plaintiff                             *

                                                    Case No **11-CV-1069 ABJ**

Vs.                                           *

**DISTRICT OF COLUMBIA**, et al              *
        Defendant

*    *    *    *    *    *    *    *    *    *    *    *    *

**PLAINTIFF MOTION FOR ORDER SHOW CAUSE AND MOTION TO COMPEL THIRD PARTY DC OFFICE OF RISK MANAGEMENT (ORM) AND REQUEST FOR ATTORNEYS FEES**

Plaintiff Felicia Martin ("Martin"), pursuant to Federal Rule of Civil Procedure (FRCP) 45(c)(2)(B)(i), moves to compel non-party Office of Risk Management ("ORM") to respond to a Subpoena and to compel ORM to produce all responsive documents in its possession.

1. On October 7, 2012, Plaintiff served ORM's General Counsel and FOIA Officer with a Subpoena duces tecum to produce documents pursuant to Rule 36(b)(6). On October 16, 2012 Plaintiff serve the Subpoena via certified mail. A copy of the Subpoena and Notice, which were served on defense counsel, are attached as **Exhibit 1 herein**.

2. On April 9, 2013, Plaintiff sent ORM'S General Counsel Amy Mauro, Esquire., correspondence requesting by a date certain that ORM file a response to the Subpoena. **Exhibit 2**

3. Federal Rule 45 requires that the Respondent file a timely objection within fourteen (14) days. The Respondent has not filed a timely objection and has not produced the documents in accordance with the subpoena.

4. Rule 45 of the Federal Rules of Civil Procedure provides the framework for securing from non-parties, through the use of subpoenas, documents, electronically stored information, testimony and tangible things relevant to a pending litigation. Fed. R. Civ. P. 45 (a), (b). It is well settled that the scope of a Rule 45 subpoena is informed by Rule 26, which governs civil

Law Office Of

**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue Baltimore, MD 21218**
Tel: **(410) 662-1230**
Fax: **(410) 662-1238**

**attorneyjlcrawford@verizon.net**

1

discovery generally. E.g., _Coleman v. District of Columbia_, 275 F.R.D. 33, 36 (D.D.C. 2011); _Rendon Group, Inc. v. Rigsby_, 268 F.R.D. 124, 126 (D.D.C. 2010) ("Rule 26 ofthe Federal Rules of Civil Procedure defines and governs the scope of discovery for all discovery devices, and, therefore, Rule 45 must be read in light of it."). Rule 26(b)(1) provides that "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or  defense .... " Fed. R. Civ. P. 26(b)(1). Therefore, federal courts recognize that the "scope of  discovery in civil actions is broad [and the] term relevance at the discovery stage is [to be]  broadly construed." _Convertino v. Us. Dep't of Justice_, 565 F. Supp. 2d 10, 12 (D.D.C. 2008).  The Federal Rules also provide federal courts with the power to compel compliance with subpoenas and disclosure requests that seek relevant information. See Fed. R. Civ. P. 45(c)(2)(B)(i); Fed. R. Civ. P. 37(a)(l).

5. ORM  has not filed a response or any formal objections to the Subpoena's, thus the Court should consider that said objections have been waived and should Compel ORM respond immediately to the Subpoena.

6. Rule 45 provides that written objection to a subpoena commanding the production of documents "must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served." Fed. R. Civ. P. 45(c)(2)(B). The failure to serve written objections to a subpoena within the time specified by Rule 45(c)(2)(B) typically **constitutes a waiver of such** objections.

7. The information requested by ORM is essential to the prosecution of this case. Its failure to respond was both unreasonable and willful.

For all of the foregoing reasons plaintiff respectfully requests that this Court compel ORM, to comply with the Subpoenas by:

(1) producing all responsive, non-privileged documents, (2) providing a privilege log, as required by Rule 45, identifying each document withheld on the basis of attorney-client privilege,

Law Office Of

**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel:  (410) 662-1230
Fax: (410) 662-1238**

**attorneyjlcrawford@verizon.net**

attorney work product doctrine or any other claim of privilege,  (3) Grant Plaintiff her reasonable

attorneys fees; and (4) and for such other and further relief as may deemed just and proper.

Respectfully Submitted,

LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

_____
Jessie Lyons Crawford, Esq.
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230, Office
(410) 662-1238, Facsimile
attorneyjlcrawford@verizon.net

***PRO-HAC-VICE***
CO-COUNSEL TO PLAINTIFF

Law Office Of


JESSIE LYONS
CRAWFORD,
LLC

2601 Maryland
Avenue
Baltimore, MD
21218
Tel:  (410) 662-1230
Fax: (410) 662-1238

attorneyjlcrawford@verizon.net

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

                                                  *

**FELICIA MARTIN**
      Plaintiff                      *

                                           Case No **11-CV-1069 ABJ**

Vs.                                *

**DISTRICT OF COLUMBIA**, et al      *
      Defendant

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>NOTICE OF SERVICE</u>**

**I HEREBY CERTIFY THAT** on this __23<sup>rd h</sup>__ Day of __April__ 2013, Request to Compel Compliance with Subpoena was mailed first class mail postage prepaid to:

Denise Baker, Esquire
Patricia B Donkor, Esquire
***Counsel for Defendants'***
***Via Electronic Notice***


Amy Mauro, Esquire
Foia Officer
Office of Risk Management
441 14th Street, NW 800 South
Washington, DC 20001
***General Counsel for ORM***
***And By Facsimile (202)-727-8319***



                                 _____
                                  JESSIE LYONS CRAWFORD, ESQ.

Law Office Of

**JESSIE LYONS
CRAWFORD,
LLC**

**2601 Maryland
Avenue
Baltimore, MD
21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

**attorneyjlcrawford@verizon.net**

4

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

                                        *

**FELICIA MARTIN**
    Plaintiff                       *

                                        Case No **11-CV-1069 ABJ**

Vs.                             *

**DISTRICT OF COLUMBIA**, et al     *
    Defendant
*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER COMPELLING OFFICE OF RISK MANAGEMENT TO RESPOND TO PLAINTIFF'S SUBPOENA

**WHEREAS**, plaintiff Felicia Martin issued subpoenas duces tecum a  dated October 7, 2012 (the "Subpoenas"), to Office of Risk Management  (collectively, the "Witnesses"); and WHEREAS, the Witnesses' have not complied with the Subpoenas; and  WHEREAS, plaintiff Felicia Martin, through her counsel George Rose and Jessie Lyons Crawford, have moved by motion, dated April 23 2013, for an order compelling the Witnesses' compliance with the Subpoenas;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** non-parties Office of Risk Management  are required to comply with the Subpoenas by (1) producing all responsive, non-privileged documents on or before _____ , (2) providing a privilege log, in conformity with the requirements set forth in Rule 45 of the Federal Rules of Civil Procedure, on or before _____ ,

IT IS FURTHER ORDERED, that Plaintiff file a Motion for Attorneys fees within _____days of this ORDER.

_____
**JUDGE-U.S. DISTRICT COURT OF DC**

Law Office Of

**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue Baltimore, MD 21218**
**Tel: (410) 662-1230**
**Fax: (410) 662-1238**

**attorneyjlcrawford@verizon.net**