

LAW OFFICES OF
# JESSIE LYONS CRAWFORD, LLC
"BEGAN WITH BELIEVING YOU WILL SUCCEED"

**JESSIE LYONS CRAWFORD, ESQ**

April 9, 2013

Amy Mauro, Esquire
Foia Officer
Office of Risk Management
441 14th Street, NW 800 South
Washington, DC 20001
*Via Facsimile : (202)-727-8319*

Re:    *Case:  Felicia Martin vs. DC Government, et al*
       *Case No.: 11-Cv-1069 ABJ*
       **Failure to Fully Respond to a Lawful Subpoena**

Dear Amy Mauro, Esq:

On October 7, 2012, my office sent to your attention a Lawful Subpoena and Foia Request. As of this writing, you have failed to respond. Please be advised if we do not received the information as requested in the subpoena by April 16, 2013, we will file the appropriate motion to compel or otherwise for contempt.

Your immediate response would be appreciated. **This is our offices good faith effort to resolve a discovery dispute.**

Respectfully Submitted,

**/s/ Jessie Lyons Crawford**

Jessie Lyons Crawford, Esq.

Enclosure-Subpoena Response

2601 MARYLAND AVENUE | BALTIMORE, MARYLAND | 21218
OFFICE: 410-662-1230  FACSIMILE: 410-662-1238
EMAIL: ATTORNEYJLCRAWFORD@VERIZON.NET