**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FELICIA MARTIN,<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>DISTRICT OF COLUMBIA et al.,<br><br>    **Defendants.** | **Civil Action 11-1069  (RC)** |

**ORDER**

The court resolves the discovery disputes described in the parties' joint status report as follows:

1) Because the District of Columbia has not suggested any reason that it would need to depose the plaintiff for more than seven hours, its request that the plaintiff appear for a second day of deposition is denied without prejudice, pending some explanation of the necessity of a second day.

2) The plaintiff may take the deposition of Maria Delaney (a) in South Carolina, (b) in the District of Columbia, in which case the plaintiff will pay for Ms. Delaney's travel expenses, or (c) by phone or videophone.

3) Deponents who are or were employed by the District of Columbia shall bring responsive documents in their possession—that is, documents that they possess or over which they have custody in their personal or professional capacities, whether those documents are located in their office or workspace, on their office computer, or in their assistant's office or workspace—to their deposition, wherever it is held.  They need not search for, nor retrieve, documents located beyond those areas.  These depositions shall be limited to seven hours.

4) The parties are ordered to meet and confer on the outstanding document requests no later than June 12, 2013, and to file a joint status report regarding those requests no later than June 19, 2013.

**SO ORDERED** this 5th day of June 2013.

Rudolph Contreras
United States District Judge