IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FELICIA MARTIN** | * |
|     Plaintiff | * |
| Vs. | * |
| **DISTRICT OF COLUMBIA, et al** | *   Case No. <u>11-CV-01069 RC</u> |
|     Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>PLAINTIFF FELICIA MARTIN'S RESPONSE
TO COURT'S ORDER TO SHOW CAUSE</u>**

**NOW COMES** Plaintiff Felicia Martin, by and through her attorneys, JESSIE LYONS CRAWFORD, ESQUIRE, THE LAW OFFICE OF JESSIE LYONS CRAWFORD, LLC, GEORGE ROSE, ESQUIRE, AND THE ROSE LAW FIRM, and pursuant to the Order to Show Cause dated June 25, 2013, hereby presents the following good cause for being absent for the scheduling conference of June 25, 2013 and state:

1. On February 27, 2013 an email notification was sent to the captioned parties notifying the parties of a status conference on June 25, 2013.

2. Since February 27, 2013 up to the discovery deadline of June 19, 2013, Counsel for the Plaintiff have been working diligently scheduling, preparing and conducting depositions and securing other forms of discovery.

3. Further, Counsel has been engaged in reviewing numerous documents related to the case.

4. Additionally, Counsel has been engaged in preparing to meet upcoming deadlines for the Martin case.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

5. Counsel for the Plaintiff have also been engaged in litigation of other cases, with Counsel Rose being involved in an extensive trial in Annapolis Maryland and undersigned counsel being in numerous Depositions in another case. In addition to having been involved in numerous depositions and discovery exchange with the Plaintiff's case.

6. Somehow, the date was inadvertently missed in the busyness of both counsel's litigation schedules without notice.

7. The Plaintiff fully relied on her attorneys to inform her of her appearances for Court and Depositions for which has worked well throughout the duration of the case. .

8. The Plaintiff has attended all Court Hearings and all depositions in a prompt fashion. (The parties completed a marathon of depositions totaling 13 depositions with the last one having been complete on June 19, 2013).

9. The Plaintiff's attorneys inadvertently did not inform the Plaintiff of the Court's Status Conference due to the attorneys' pre occupation with managing the Martin case along with the management of other cases with immediate litigation demands. For this reason, the Plaintiff did not know that she was due at the Status Conference.

10. The Attorneys have not missed any other deadlines set by the Court and attended each court appearance and telephone conferences as they were scheduled.

11. On June 20, 2013 parties received, via electronic service, an Order amending the case schedule which became the focus in addition to preparing for the Plaintiff's next deadline which is the Rule 26 (a) (2) Disclosures that was fast approaching on July 8, 2013 and the Motion for Sanctions that is due on that day as well.

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net

2

12. The Attorneys have been working zealously and have not missed previous Court deadlines and the Plaintiff has also complied with all other Court Deadlines and have exercised due diligence throughout this case in meeting all deadlines, particularly the Court's deadlines.

13. The Plaintiff, nor her attorneys, were intentionally absent from the status conference and regrettably inadvertently missed the Court's deadline.

14. Thus, the Plaintiff and her Attorneys request that the Court does not find contempt in this situation and that the Court does not find cause to sanction the Plaintiff or her attorneys.

**WHEREFORE**, the Plaintiff hereby prays this Honorable Court not to bring any form of sanctions against the Plaintiff or her attorneys.

Respectfully Submitted,

LAW OFFICES OF JESSIE LYONS CRAWFORD, LLC

 /s/ Jessie Lyons Crawford
Jessie Lyons Crawford, Esq.
(Bar No. 25247)
Law Office of Jessie Lyons Crawford, LLC
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230, Office
(410) 662-1238, Facsimile
attorneyjlcrawford@verizon.net
Pro-Hac-Vice

/s/ George A. Rose
George A. Rose, Esq.
Rose Law Firm, LLC
200 E. Lexington Street
Baltimore, Maryland 21202
 (410) 727-7555 Office
(410) 443-320-0962

Law Office Of
**JESSIE LYONS CRAWFORD, LLC**
2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238
attorneyjlcrawford@verizon.net

3

CO-COUNSEL TO PLAINTIFF

Law Office Of

**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel: (410) 662-1230
Fax: (410) 662-1238**

attorneyjlcrawford@verizon.net

4

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FELICIA MARTIN | * | |
| Plaintiff | * | Case No **11-CV-01069 RC** |
| Vs. | * | |
| DISTRICT OF COLUMBIA, et al | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE**

**I HEREBY CERTIFY THAT** on this  27 Day of   June   , 2013, the foregoing PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE was sent via electronic means to:

Denise Baker, Esquire
Patricia B Donkor, Esquire
*Counsel for Defendants*

/s/ Jessie Lyons Crawford
_____
JESSIE LYONS CRAWFORD

Law Office Of

**JESSIE LYONS CRAWFORD, LLC**

**2601 Maryland Avenue
Baltimore, MD 21218
Tel:  (410) 662-1230
Fax: (410) 662-1238**
attorneyjlcrawford@verizon.net