# 2007

## ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION

**Director**: Maria Delaney

### LICENSING

**Program Manager**: Laura Byrd

**Licensing Specialists**:
- Patricia Jenkins
- Diane Jackson
- Margaret Fowler
- Carol Bolding
- Betty Jolly Harper

### ENFORCEMENT

**Chief Investigator**: Johnnie Jackson

**Supervisory Investigators**:
- Charles Woolridge
- Sheila Bennett

**Investigators**:
- Nikeeshia Webb
- David Bailey
- Yazmin Delgado
- Craig Stewart
- Felecia Dantzler
- Donnell Butler
- Jeffrey Jackson
- Christopher Scurlock
- Amanda Sheehan
- Jermaine Matthews

### LEGAL SERVICES

**General Counsel**: Fred Moosally

**Deputy General Counsel**: N/A

**Assistant Attorneys General**:
- Tiwana Clarke
- Jennifer Johnson
- Martha Jenkins

**Mediation Specialists**: LaVerne Fletcher

**Adjudication Specialists**:
- Dannette Walker
- Zandra Goode

**Community Resource Officer**: Cynthia Simms

# 2008

## ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION

**Director**
Maria Delaney

### LICENSURE

**Program Manager**
Danielle Balmelle
Laura Byrd

**Licensing Specialists**
Yazmin Delgado
Margaret Fowler
Diane Jackson
Karen Jackson
Patricia Jenkins
Betty Jolly Harper
Carol Bolding

### ENFORCEMENT

**Chief Investigator**
Johnnie Jackson

**Supervisory Investigators**
Sheila Bennett
Charles Woolridge
Gregory Price

**Investigators**
Donnell Butler
Felicia Dantzler
Erin Mathieson
Susan Mitchell
Jabriel Shakoor
Craig Stewart
Gregory Price
David Bailey
Chris Roh
Ileana Corrales
Regina Hollis
Jermaine Matthews
Demetrius Nickens
Amanda Sheehan
Dwyne Shoemaker
Vincent Parker
Richard Coward
Christopher Scurlock

### LEGAL SERVICES

**General Counsel**
Fred Moosally

**Assistant Attorneys General**
Martha Jenkins
Jennifer Johnson

**Mediation Specialists**
LaVerne Fletcher

**Adjudication Specialists**
Dannette Walker
Zandra Goode
Angela Walton

**Community Resource Officer**
Cynthia Simms

# ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION

**Director**
Fred Moosally

**2009**

## LICENSURE

**Program Manager**
Danielle Balmelle

### Licensing Specialists
- Yazmin Delgado
- Margaret Fowler
- Diane Jackson
- Karen Jackson
- Patricia Jenkins
- Betty Jolly Harper

## ENFORCEMENT

**Chief Investigator**
Johnnie Jackson

### Supervisory Investigators
- Jermaine Matthews
- Craig Stewart
- Gregory Price

### Compliance Analyst
Adeniyi Adejunmobi

### Investigators
- David Bailey
- Illeana Corrales
- Lawrence Holland
- Earl Jones
- Erin Mathieson
- Demetrius Nickens
- Jabriel Shakoor
- Donnell Butler
- Felicia Dantzler
- Regina Hollis
- Tyrone Lawson
- Susan Mitchell
- Vincent Parker
- Vincent Wills

## LEGAL SERVICES

**General Counsel**
Martha Jenkins

### Assistant Attorneys General
- Thea Davis
- Jennifer Johnson
- Jayme Kantor

### Mediation Specialists
LaVerne Fletcher

### Adjudication Specialists
- Dannette Walker
- Angela Walton

### Community Resource Officer
Cynthia Simms

# 2010

## ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION
**Director**
Fred Moosally

### LICENSURE
**Program Manager**
Danielle Balmelle

**Licensing Specialists**
- Zaquita Curley
- Yazmin Delgado
- Margaret Fowler
- Diane Jackson
- Karen Jackson
- Patricia Jenkins
- Betty Jolly Harper

### ENFORCEMENT
**Chief Investigator**
Johnnie Jackson

**Supervisory Investigators**
- Jermaine Matthews
- Craig Stewart

**Compliance Analyst**
Adeniyi Adejunmobi

**Investigators**
- David Bailey
- Illeana Corrales
- Lawrence Holland
- Albert Hong
- Tyrone Lawson
- Susan Mitchell
- Jabriel Shakoor
- Demetrius Nickens
- Donnell Butler
- Felicia Dantzler
- Regina Hollis
- Earl Jones
- Erin Mathieson
- Vincent Parker
- Vincent Wills

### LEGAL SERVICES
**General Counsel**
Martha Jenkins

**Assistant Attorneys General**
- Thea Davis
- Jonathan Berman

**Mediation Specialists**
LaVerne Fletcher

**Adjudication Specialists**
- Dannette Walker
- Carla Bustillos

**Community Resource Officer**
Cynthia Simms

# ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION

**2011**

**Director**
Fred Moosally

## LICENSURE

**Program Manager**
Tiwana Hicks

**Licensing Specialists**
- Margaret Fowler
- Diane Jackson
- Karen Jackson
- Patricia Jenkins
- Betty Jolly Harper
- Zaquita Curley

## ENFORCEMENT

**Chief Investigator**
Johnnie Jackson

**Supervisory Investigators**
- Jermaine Matthews
- Craig Stewart

**Compliance Analyst**
Adeniyi Adejunmobi

**Investigators**
- Roxanna Maisel
- Donnell Butler
- Abyie Ghenene
- Felicia Dantzler
- Earl Jones
- Regina Hollis
- Illeana Corrales
- Kofi Apraku
- Erin Mathieson
- Vincent Parker
- Jabriel Shakoor
- Tyrone Lawson
- David Bailey

## LEGAL SERVICES

**General Counsel**
Martha Jenkins

**Deputy General Counsel**
Thea Davis

**Assistant Attorneys General**
- Jonathan Berman
- Thea Davis

**Mediation Specialists**
LaVerne Fletcher

**Adjudication Specialists**
Dannette Walker

**Community Resource Officer**
Cynthia Simms

# 2012

## ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION

**Director**
Fred Moosally

### LICENSING

**Program Manager**
Tiwana Hicks

**Licensing Specialists**
- Margaret Fowler
- Diane Jackson
- Karen Jackson
- Patricia Jenkins
- Betty Jolly Harper

### ENFORCEMENT

**Chief Investigator**
Johnnie Jackson

**Supervisory Investigators**
- Jermaine Matthews
- Craig Stewart

**Compliance Analyst**
Adeniyi Adejunmobi

**Investigators**
- Kofi Apraku
- Felicia Dantzler
- Earl Jones
- Roxanna Maisel
- Brian Owens
- Jabriel Shakoor
- Illeana Corrales
- Donnell Butler
- Abyie Ghenene
- Tyrone Lawson
- Erin Mathieson
- Vincent Parker
- Dartania White

### LEGAL SERVICES

**General Counsel**
Martha Jenkins

**Deputy General Counsel**
Thea Davis

**Assistant Attorneys General**
Jonathan Berman

**Mediation Specialists**
LaVerne Fletcher

**Adjudication Specialists**
Dannette Walker

**Community Resource Officer**
Cynthia Simms

# 2007-2012

ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION
Director
Males: 1 Females: 1
LICENSING
Program Manager
Males: 0 Females: 4
Licensing Specialists
Males: 0 Females: 8
ENFORCEMENT
Chief Investigator
Males: 1 Females: 0
Supervisory Investigators
Males: 4 Females: 1
Compliance Analyst
Males: 1 Females: 0
Investigators
Males: 22 Females: 10
LEGAL SERVICES
General Counsel
Males: 1 Females: 1
Deputy General Counsel
Males: 0 Females: 1
Assistant Attorneys General
Males: 1 Females: 5
Mediation Specialists
Males: 0 Females: 1
Adjudication Specialists
Males: 0 Females: 4
Community Resource Officer
Males: 0 Females: 1

