**Martin vs. District of Columbia**
**Civil Action No. 11-CV-1069 (RC)**
**Joint Pretrial Statement – Plaintiff's Attachment C**

# AMENDED PLAINTIFF'S ATTACHMENT C
# PLAINTIFF'S ITEMIZATION OF DAMAGES

| DAMAGES | CALCULATIONS/DETERMINATION | DOLLAR AMOUNT |
|---|---|---|
| **Compensatory Damages**[1] | Past and future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses; substantial deprivation of job assignments and job satisfaction because of gender and disability, | Jury determination |
| **Statutory Damages** | **Back Pay:**<br>- Made whole at the Supervisor Investigator position which Plaintiff applied for in 2008. Including:<br>- $85-90K in income differential as 2/26/15.<br>- Cost of Living Adjustments (COLA)<br>- The cost of benefits<br>- Bonuses & step increases (2009-2011). | $100,000. |
| | **Interest on Back Pay:**<br>- At the legal rate<br>- On the determined/establish amount | To be determined |
| | **Front Pay:**<br>- Defendant must make Ms. Martin Whole going forward<br>- Plaintiff demands to be transferred or reassigned as a licensing specialist or an adjudication specialist within ABRA.<br>- Defendant may pay Plaintiff's income thru to retirement at the prevailing rates, in if Defendant choose to | |
| | **Prejudgment Interest:**<br>- At the legal rate<br>- On the establish/determined amount | To be determined |
| | **Attorney Fees:**<br>- George A. Rose, Esq. - **1016 hrs** @ $275.00/hr = **$279,400**<br>- Admin Hrs. – 243 hrs @ $50.00/hr = $12,150.00<br>- Jessie L Crawford, Esq., - $425.00/hr x **422.60hrs** = **$171,409.50**.<br>- Admin Hrs. – $75.00 fee x 41 = $3,075.00 | |
| **Cost & Expenses** | - Litigation Cost & Expenses as of 2/26/15 = $15,000.00<br>- Additional $5-7,000 expected in litigation Cost & expenses through to trial. | |

---

[1] Plaintiff claims compensatory damages as to each claim and factual theory of the claims on which Plaintiff prevails at trial.