

# Government of the District of Columbia
## Office of Risk Management
### Disability Compensation Program

Kelly Valentine - Director

**NOTICE OF DETERMINATION REGARDING**
**ORIGINAL CLAIM FOR COMPENSATION**
**Form NOC**

January 7, 2009

Felicia Dantzler
2637 Midway Branch Drive
Odenton, MD 21113

Claim Number: 30081228959-0001
Social Security Number: *********
Date of Injury/Illness: 12/02/08
D.C. Government Agency: DC Alcoholic Beverage Admin.

*Why You Have Received This Notice*

*Your Disability Compensation Claim is hereby ACCEPTED.*

You developed carpel tunnel syndrome in both wrists after typing work related reports on a daily basis. Accepted body parts: Left and right wrists.

Continuation of Pay (COP) is authorized for up to 21 days if your absence is prescribed by an OCCUNET PPO Participating Physician and directly related to injuries sustained in the above referenced accident.

Medical expenses for the above injuries arising from this accident and performed by and / or prescribed by a treating OCCUNET PPO Physician and directly related to the injuries sustained in the above referenced accident are compensable.

In order to guarantee payment of medical expenses, all medical treatment must be authorized by the Disability Compensation Program and provided or directed by an OCCUNET PPO Physician. An OCCUNET PPO authorized physician in your area can be found by calling 1-800-368-8002, ext. 5944.

*What You Should Do Now*

*Read this notice.* If you disagree with our decision, act now. You may either (choose one):

1. Request reconsideration of our decision by following the instructions below, or

2. Appeal this notice by following the instructions below and as provided in the Act, D.C. Code § 1-623.24 (2001).

**What You Should Do If You Disagree With This Notice**

If you disagree with this notice, you must act now by either (choose one): (1) Requesting reconsideration as provided below. If you fully comply with all instructions below, including all deadlines, your payments will be extended for thirty days during the reconsideration process. Or (2) appealing this notice to: **Chief, Office of Hearings and Adjudication, Department of Employment Services, 64 New York Avenue, N.E., Suite 2101, Washington, D.C. 20002**, as provided in D.C. Code. 2001 Ed. § 1-623, *et seq.* The payments, however, will not be extended during the appeal process.

**How to Request Reconsideration**

---

D.C. Disability Compensation Program          441 4th Street NW, Suite 800S, Washington, DC 20001
Phone: (202) 727-8600    Fax: (202) 727-8319                              Form NOC (rev. 12-15-04)



# Government of the District of Columbia
## Office of Risk Management
## Disability Compensation Program

Kelly Valentine - Chief Risk Officer

Claimant's Name: Felicia Dantzler

Claimant's Work Phone: 202.727.9457

**Form CA-7 Part B**
**Statement of Official Employer**

Name, Address of Employer: DC Government
Alcoholic Beverage Regulatory Admin
941 N. Capitol St., NE, Suite 7200
Washington DC 20002

Telephone Number of Employer: 202.442.4423

Date Employee Stopped Work because of Injury: NA

Employee's Grade at Time of Injury: 12

Annual Salary: $65,001.00

If Employee received additional Pay, (i.e. Premium Sunday Night Differential)

Identify Type and Show Amount: Only if employee works evenings & weekends

Show Employee's Assigned workdays by Circling Appropriate days.

~~Mon~~  ~~Tuesday~~  ~~Wed~~  ~~Thurs~~  ~~Fri~~  Sat  Sun

Did Employee Work in the position held at the time of Injury/Illness a full Eleven months Immediately Prior to the injury/illness:
Yes ✓   No ____

Length of Government Service (District and Federal): 15 years (2.3.1993 to Present)

Has employee been awarded Continuation of Pay?   ____ Yes   ✓ No
If yes, show dates of continuation of pay and total hours ____

Was Employee placed in an Annual or Sick Leave Status during the period of Disability?   ____ Yes   ✓ No
If yes, show periods of Leave and Type of Leave ____

Date and Hour all Pay Terminated: ____

(Note: Compensation Benefits May be Awarded Only during the period in which an employee is carried in a Non-Pay Status)

If Employee is currently in a pay status, show date on which All Pay Will Be Terminated)

Comments and/or Additional Information: ____

I Certify That the Information Given Above And As Furnished By The Employee on Part A of This Form is True And Correct To The Best Of My Knowledge.

Signed: [signature]   Title: Administrative Ofc.   Date: 12.16.08

Print Name: Camille Rosenbal

Phone #: 202.442.4356

Fax #: 202.442.9563

Form 7.1-026

496

441 4th Street NW, Suite 800S, Washington, DC 20001   Phone: (202) 216-4700   Fax: (202) 216-P000008



# Government of the District of Columbia
## Office of Risk Management
## Disability Compensation Program

Kelly Valentine -
Chief Risk Officer

Claimant's Name: Felicia Dantzler

Claimant's Work Phone: 202.727.9457

### Form CA-7 Part B
### Statement of Official Employer

Name, Address of Employer: DC GOVERNMENT
ALCOHOLIC BEVERAGE REGULATION ADMIN
441 N. CAPITOL ST., NE, SUITE 7200
WASHINGTON, DC 20002

Telephone Number of Employer: 202.442.4423

Date Employee Stopped Work because of Injury: NA

Employee's Grade at Time of Injury: 12

Annual Salary: $65,001.00

If Employee received additional Pay, (i.e. Premium Sunday Night Differential)

Identify Type and Show Amount: ONLY IF EMPLOYEE WORKS EVENINGS / WEEKENDS

Show Employee's Assigned workdays by Circling Appropriate days.

~~Mon~~   ~~Tuesday~~   ~~Wed~~   ~~Thurs~~   ~~Fri~~   Sat   Sun

Did Employee Work in the position held at the time of Injury/Illness a full Eleven months Immediately Prior to the injury/illness:
Yes ✓  No _____

Length of Government Service (District and Federal): _____

Has employee been awarded Continuation of Pay?  Yes _____  ✓ No
    If yes, show dates of continuation of pay and total hours _____

Was Employee placed in an Annual or Sick Leave Status during the period of Disability?  Yes _____  ✓ No
    If yes, show periods of Leave and Type of Leave _____

Date and Hour all Pay Terminated: _____

(Note: Compensation Benefits May be Awarded Only during the period in which an employee is carried in a Non-Pay Status)

If Employee is currently in a pay status, show date on which All Pay Will Be Terminated)

Comments and/or Additional Information: _____

I Certify That the Information Given Above And As Furnished By The Employee on Part A of This Form is True And Correct To The Best Of My Knowledge.

Signed: _[signature]_   Title: ADMINISTRATIVE OFC.   Date: 12/16/08

Print Name: CAMILLE ROBINSON

Phone #: 202.442.4356

Fax #: 202.442.9563

Form 7.1-026



# Government of the District of Columbia
## Office of Risk Management
## Disability Compensation Program

Kelly Valentine -
Chief Risk Officer

## SUPERVISOR'S REPORT – FORM 2

Claimant's Name: Felicia Dantzler
Date of Birth: 07/21/65
Date of Injury: 12/02/08
Social Security #: XXX-XX-8709

Did YOU witness the accident:  _____ Yes  __X__ No
Did the Claimant report the accident or Injury:  __X__ Yes  _____ No
To whom was the accident/injury reported: Acting Supervisory Investigator Jermaine Matthews
Was an incident report prepared in connection with the injury:  __X__ Yes  _____ No
Please describe the accident or event, which is alleged to have resulted in the claimed injuries:
On 11/8/2008, while on duty Investigator Dantzler advised Acting Supervisory Investigator Matthews that she has been experiencing a tingling and numbness in one of her hands and was not sure what the problem was with her hand. Investigator Dantzler was not sure if the problem with her hand was work related.

What injuries did the employee complain of:
Tingling and numbness in hand

Did the employee lost time from work as a result of the injury:  _____ Yes  __X__ No
Has the employee returned to work since the accident/Injury:  __X__ Yes  _____ No
Date of Return:  N/A     Number of Days Lost: _____
Has the employee been placed on COP?  _____ Yes  _____ No
Was the employee in the performance of their duty at the time of injury:
YES  __X__  NO _____
Explain:
The origin of Investigator Dantzler's injury is not known to ABRA. On 12/11/08 ABRA provided Investigator Dantzler with a cassette recorder as an accommodation which is to be utilized to dictate her investigative reports. Investigator Dantzler will not be required to utilize the computer keyboard, or perform any typing for the next three months (March 2009). Investigator Dantzler was on duty when she reported the injury.

Supervisor's Signature: _____  Date: 12/12/2008

THIS FORM MUST BE RETURNED IMMEDIATELY!

PLEASE ATTACH COPIES OF ANY INCIDENT REPORTS AND THE EMPLOYEE'S POSITION DESCRIPTION
(See attached Form 1 – Employee's Claim)