**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **FELICIA MARTIN** | * |
| Plaintiff | * |
|  | Case No **11-CV-1069 RC** |
| Vs. | * |
| **DISTRICT OF COLUMBIA**, et al | * |
| Defendant |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S REVISED WITNESS LIST

Plaintiff Felicia Martin ("Martin"), by and through counsel, respectfully objects to the Defendant's Second Motion in Limine and in support thereof state:

1. The Defendant has filed its revised witness list, wherein it indicated that it will proffer testimony from Ileana Corrales, former ABRA Investigator, regarding, (1) Plaintiff's treatment and workload and (2) Relief Supervisory Investigator position.

2. The Defendant again seeks to introduce testimony regarding alleged personality conflicts, Ms. Corrales and other employees may have had with Plaintiff. As stated in Plaintiff's Second Motion in Limine, contemporaneously filed, Defendant seeks to change the theory of their defense, to include arguments that Plaintiff was not promoted because she had a purported personality conflict with other employees of the Defendant. This argument is contrary to its previous position before the DCOHR. Moreover, the Defendant did not disclose this new theory in its discovery response nor its mandatory Fed.R.C.P 26(a) disclosures.

3. Plaintiff further submits that Ms. Corrales and Plaintiff did not work together and were on separate shifts and teams. Furthermore, Ms. Corrales did not apply for the Supervisory Investigator position in question and is in no position to testify to why Plaintiff was not

promoted.  Ms. Corrales will simply testify to her personal feelings about Plaintiff, which would be patently unfair and prejudicial. Ms. Corrales testimony would also be cumulative.

WHEREFORE, Plaintiff respectfully objects to the scope of testimony that will be proffered by Ileana Corrales.

Respectfully Submitted,
Law Offices of Jessie Lyons Crawford, LLC

*/s/ Jessie Lyons Crawford*

_____
Jessie Lyons Crawford, Esq.
2601 Maryland Avenue
Baltimore, Maryland 21218
(410) 662-1230, Office
(410) 662-1238, Facsimile
attorneyjlcrawford@verizon.net

**PRO-HAC-VICE**
Co-Counsel to Plaintiff

## Certificate of Service

**I HEREBY CERTIFY THAT** on this __31st__ Day of __June__ 2015, Objection was mailed first class mail postage prepaid to:

Sarah Knapp, Esq.
Owen Williams, Esq.
***Counsel for Defendants'***
***Via Electronic Notice***

*/s/ Jessie Lyons Crawford*

_____
JESSIE LYONS CRAWFORD